IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| COMMUNICATION ADVANCES LLC,<br><br>Plaintiff,<br><br>v.<br><br>ROKU, INC.,<br><br>Defendant. | Civil Action No. 6:23-cv-667-JKP-DTG<br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Communication Advances LLC ("Plaintiff") and Defendant Roku, Inc. ("Defendant"), through their attorneys of record, respectfully submit this joint stipulation of dismissal dismissing Plaintiff's claims for relief in this action against Defendant with prejudice and Defendant's claims for relief in this action against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: April 19, 2024

Respectfully submitted,

/s/ *Cortney Alexander*
Cortney Alexander
Kent & Risley LLC
5755 North Point Pkwy STE 57
Alpharetta, GA 30022
404-855-3867
cortneyalexander@kentrisley.com

Counsel for Plaintiff

1

*/s/ Jonathan D. Baker*
Jonathan D. Baker
Dino Hadzibegovic
Mark Rogge
**DICKINSON WRIGHT RLLP**
615 National Avenue, Suite 220
Mountain View, California 94043-208
Telephone: (408) 701-6200
Facsimile: (840) 670-6009
jdbaker@dickinsonwright.com
dhadzibegovic@dickinsonwright.com
mrogge@dickinsonwright.com

Steven R. Daniels (Texas Bar No. 24025318)
Michael D. Saunders (Texas Bar No. 24107000)
Jordan Garsson (Texas Bar No. 24131326)
**DICKINSON WRIGHT PLLC**
607 W. 3rd Street, Suite 2500
Austin, Texas  78701
Telephone:  (512) 770-4200
Facsimile:  (844) 670-6009
sdaniels@dickinsonwright.com
msaunders@dickinsonwright.com
jgarsson@dickinsonwright.com

Craig Y. Allison
**DICKINSON WRIGHT PLLC**
424 Church Street, Suite 800
Nashville, Tennessee 37219
Telephone:  (615) 244-6538
Facsimile:  (844) 670-6009
callison@dickinsonwright.com

Sharaé L. Williams
**DICKINSON WRIGHT PLLC**
350 S. Main Street, Suite 300
Ann Arbor, Michigan 48104
Telephone:  (734) 623-7075
Facsimile:  (844) 670-6009
swilliams@dickinsonwright.com

*Attorneys for Defendant
Roku, Inc.*